JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA L. D.,<br>                Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br>                Defendant.<br>_____ | ) NO. SACV 21-2109-KS<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

        Pursuant to the Court's Memorandum Opinion and Order,

        IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: February 28, 2023

_____
        KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE